**Motion GRANTED and Order filed January 26, 2023.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-23-00046-CV

_____

## IN RE ELAINE T. MARSHALL, INDIVIDUALLY AND AS CO-TRUSTEE OF THE HARRIER AND FALCON TRUSTS, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**Probate Court No, 4**
**Harris County, Texas**
**Trial Court Cause No. 365,053-404**

---

## ORDER

On January 26, 2023, relator Elaine T. Marshall, Individually and as Co-Trustee of the Harrier and Falcon Trusts, filed a petition for writ of mandamus in this court. Relator asks this court to order the Honorable James Horowitz, Judge of the Probate Court No 4, in Harris County, Texas, to grant relator's motion to enter an order staying the trial court proceedings until entry of final judgment in the

Louisiana action in trial court number 365,053-404, styled *Preston Marshall v. Elaine T. Marshall, et al.* Alternatively, relator requests that we direct the trial court to enter an order continuing the proceedings related to Preston Marshall's motion for summary judgment, pending the Louisiana Supreme Court's disposition of all timely writ applications arising from the Third Circuit Court of Appeals' judgment on the injunction in the Louisiana action.

Relator has also filed a motion for temporary stay of proceedings below. *See* Tex. R. App. P. 52.8(b), 52.10. On January 26, 2023, relator asked this court to stay proceedings in the trial court pending a decision on the petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relator's motion and issue the following order:

We **ORDER** (1) the January 27, 2023 status conference; and (2) the January 30, 2023 summary judgment response deadline; and (3) the February 6, 2023 submission hearing on the motion for summary judgment filed by Preston Marshall in trial court cause number 365,053-404, *Preston Marshall v. Elaine T. Marshall, et al.,* **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court.

In addition, the court requests real parties in interest file to a response to the petition for writ of mandamus on or before February 10, 2023. *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Poissant.